UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MILDRED ZARAGOZA,

          Plaintiff,

-vs-                                      Case No. 6:07-cv-61-Orl-19DAB

SANFORD-ORLANDO KENNEL CLUB,
INC., COLLINS & COLLINS, d/b/a CCC
Racing, JACK COLLINS, JR.,

          Defendants.
_____

## ORDER

      This case is before the Court on Plaintiff's Renewed Motion for Attorney's Fees (Doc. No. 41) filed May 15, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted. Also before the Court is the Defendants' Motion to Strike Renewed Motion for Attorney's Fees (Doc. No. 44) filed May 21, 2008. The United States Magistrate Judge has submitted a report recommending that this motion be denied.

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

      1.    That the Report and Recommendation filed June 17, 2008 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.    Plaintiff's Renewed Motion for Attorney's Fees (Doc. No. 41) is **GRANTED**.

3. Judgment is entered for attorney's fees in favor of Plaintiff and against Defendants in the amount of $3,829.50.

4. The Clerk is directed to enter a cost judgment in the amount of $3,829.50.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party